**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David P.E. Burkett, SBN 241896
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants PCCP DCP WEST HOTEL PARTNERS, LLC, MOUSTAFA BLAIH, MICHAEL RATHBURN, MARY QUINTANAR and HILTON WORLDWIDE, INC.

**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff UZMA S. RANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UZMA S. RANA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PCCP DCP WEST HOTEL PARTNERS, LLC, a Delaware limited liability company; HILTON WORLDWIDE, INC., a Delaware corporation; MOUSTAFA BLAIH, an individual; MICHAEL RATHBURN, an individual; MARY QUINTANAR, an individual; and DOES 1 through 50,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 5:10-CV-04116-EJD<br><br>**STIPULATION AND AGREEMENT AND [PROPOSED] ORDER TO RESET DATE OF PRELIMINARY PRE-TRIAL AND TRIAL SETTING CONFERENCE**<br><br><br><br><br><br><br><br>**Complaint Filed: 09/14/2010** |

---

1
{00992206.DOC} STIPULATION AND AGREEMENT AND [PROPOSED] ORDER TO RESET DATE OF PRELIMINARY PRE-TRIAL AND TRIAL SETTING CONFERENCE

This Stipulation and Agreement is made by and between Manolo Olaso, of the Law Offices of Johnny L. Griffin, III, located at 1010 F Street, Suite 200, Sacramento, California 95814, on behalf of Plaintiff UZMA RANA and David P.E. Burkett, of Porter Scott Law Firm, located at 350 University Avenue, Suite 200, Sacramento, California 95825, on behalf of Defendants PCCP DCP WEST HOTEL PARTNERS, HILTON WORLDWIDE, INC., MOUSTAFA BLAIH, MICHAEL RATHBURN, and MARY QUINTANAR.

On February 24, 2012, Defense counsel made a request for Derek Haynes of Porter Scott to appear by telephone at the Preliminary Pre-trial and Trial Setting Conference scheduled in this matter for March 2, 2012 at 11:00 a.m. in Courtroom 1. The Court denied that request.

The parties have met and conferred since the filing of the above stated documents. Plaintiff is ready and able to appear on March 2, 2012, but is amenable to continuing the Preliminary Pre-Trial and Trial Setting Conference until March 16, 2012.

The parties hereby stipulate and agree to reset the Preliminary Pre-Trial and Trial Setting Conference for March 16, 2012 at 11:00 a.m. or as soon thereafter the matter may be heard in Courtroom 1 of the United States District of the Northern District of California, San Jose Division, located at 280 South First Street, San Jose, California 95113.

**IT IS SO STIPULATED**

Dated: February 28, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: _____
Carl L. Fessenden
David P.E. Burkett

Attorney for Defendants
PCCP DCP WEST HOTEL PARTNERS, LLC,
MOUSTAFA BLAIH, MICHAEL
RATHBURN, MARY QUINTANAR and
HILTON WORLDWIDE, INC

Dated: February 27, 2012

LAW OFFICES OF JOHNNY L. GRIFFIN, III

By: _____
Johnny L. Griffin
Manolo H. Olaso
Attorneys for Plaintiff UZMA S. RANA

2
{00992206.DOC} STIPULATION AND AGREEMENT AND [PROPOSED] ORDER TO RESET DATE OF PRELIMINARY PRE-TRIAL AND TRIAL SETTING CONFERENCE

IT IS SO ORDERED. The Preliminary Pretrial Conference is continued to 3/16/2012 at 10:00 a.m. The parties shall file a Joint Preliminary Pretrial Conference Statement no later than 3/6/2012 .

Date: February 28, 2012

_____
Judge, U.S. District Court, Northern District of California

{00992206.DOC} **STIPULATION AND AGREEMENT AND [PROPOSED] ORDER TO RESET DATE OF PRELIMINARY PRE-TRIAL AND TRIAL SETTING CONFERENCE**