IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UZMA S. RANA,

        Plaintiff(s),

v.

PCCP DCP WEST HOTEL PARTNERS, LLC, et. al.,

        Defendant(s).

CASE NO. 5:10-cv-04116 EJD

**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**

Having reviewed the parties' Joint Statement (see Docket item No. 40), the court finds a Preliminary Pretrial Conference would be premature at this time. Accordingly, the Preliminary Pretrial Conference currently scheduled for March 16, 2012, is CONTINUED to **June 15, 2012, at 11:00 a.m.**

In addition, the parties' joint request to modify the previously-issued scheduling order is GRANTED. The deadline to complete fact and expert discovery is extended to June 1, 2012. The deadline for *filing* dispositive motions is extended to June 29, 2012.

**IT IS SO ORDERED.**

Dated: March 13, 2012

                              EDWARD J. DAVILA
                              United States District Judge