IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UZMA S. RANA, | CASE NO. 5:10-cv-04116 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| PCCP DCP WEST HOTEL PARTNERS, LLC, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Statement (see Docket item No. 40), the court finds a Preliminary Pretrial Conference would be premature at this time. Accordingly, the Preliminary Pretrial Conference currently scheduled for March 16, 2012, is CONTINUED to **June 15, 2012, at 11:00 a.m.**

In addition, the parties' joint request to modify the previously-issued scheduling order is GRANTED. The deadline to complete fact and expert discovery is extended to June 1, 2012. The deadline for *filing* dispositive motions is extended to June 29, 2012.

**IT IS SO ORDERED.**

Dated: March 13, 2012

EDWARD J. DAVILA
United States District Judge