*E-FILED: September 17, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UZMA S. RANA, | No. C10-04116 HRL |
| Plaintiff, | **ORDER RE JOINT REQUEST TO EXCUSE DEFENDANTS' ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| PCCP DCP WEST HOTEL PARTNERS, LLC, a Delaware limited liability company; HILTON WORLDWIDE, INC., a Delaware corporation; MOUSTAFA BLAIH, an individual; MICHAEL RATHBURN, an individual; MARY QUINTANAR, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

A settlement conference has been set for September 19, 2012. This court is informed that, contrary to the undersigned's Standing Order re Settlement Conference Procedures, the parties selected that date, even though it was not available to all defendants. While defense counsel plans to attend the conference in person, the parties now jointly request that the court (1) allow defendants' insurance representative to attend the conference by telephone and (2) excuse the personal attendance of all defendants. And, indeed, it seems that not a single defendant intends to participate in the conference at all, including those who apparently have no scheduling conflict on September 19. This court takes a very dim view of this situation, which it finds is a problem of the parties' own creation.

Defendants Blaih and Rathburn shall attend the settlement conference <u>in person</u>. The corporate defendants and the insurance representative may participate by phone (i.e., telephone standby). The court reserves the right to terminate the session and reschedule it to a date convenient to the court if the absence of defendants' insurance representative and defendant Quintanar proves to be an impediment to settlement.

SO ORDERED.

Dated: September 17, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-04116-EJD Notice has been electronically mailed to:

Carl Fessenden    cfessenden@porterscott.com, atellmann@porterscott.com, dhaynes@porterscott.com

David Pontus Eugene Burkett    dburkett@porterscott.com, cchavez@porterscott.com, cgemma@porterscott.com, dhaynes@porterscott.com, snarayan@porterscott.com

Johnny L. Griffin , III    jgriffin@johnnygriffinlaw.com, alexcummins@johnnygriffinlaw.com, molaso@johnnygriffinlaw.com, nisha@johnnygriffinlaw.com, roxy@johnnygriffinlaw.com, ssahnan@johnnygriffinlaw.com

Manolo Olaso    molaso@johnnygriffinlaw.com