**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff UZMA S. RANA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UZMA S. RANA, ) | Case No. C10-04116-EJD |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL;** |
| ) | **[PROPOSED] ORDER** |
| vs. ) | |
| ) | |
| PCCP DCP WEST HOTEL PARTNERS, LLC; ) | |
| HILTON WORLDWIDE, INC.; MARY ) | |
| QUINTANAR; MOUSTAFA BLAIH; ) | |
| MICHAEL RATHBURN, ) | |
| ) | |
| Defendants. ) | Before the Honorable Edward J. Davila; |
| ) | United States District Judge |

///

///

///

///

///

///

///

///

///

Notice of Settlement and Stipulation of Dismissal (FRCP 41(a))
C10-04116-EJD

{01061015.DOC}1

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Pursuant to the Court's September 24, 2012 order, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff UZMA S. RANA hereby gives notice that the above-captioned action has settled.  Plaintiff and Defendants, by and through their attorneys whose signatures appear below, agree and stipulate that the above-captioned case shall be dismissed immediately, with prejudice, and with the parties to bear their own respective costs and attorney fees.

Dated: September 26, 2012         /s/ Manolo Olaso
                                  MANOLO OLASO
                                  Law Offices of Johnny L. Griffin, III
                                  Attorneys for Plaintiff UZMA S. RANA


Dated: September 26, 2012         /s/ David P.E. Burkett (as authorized on 9-26-12)
                                  DAVID P.E. BURKETT
                                  PORTER | SCOTT, A Professional Corp.
                                  Attorneys for Defendants PCCP DCP WEST HOTEL
                                  PARTNERS, LLC; HILTON WORLDWIDE, INC.;
                                  MARY QUINTANAR; MOUSTAFA BLAIH;
                                  MICHAEL RATHBURN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Clerk shall close this file.

Dated: 9/27/2012                  _____
                                  EDWARD J. DAVILA
                                  United States District Judge

Notice of Settlement and Stipulation of Dismissal (FRCP 41(a))
C10-04116-EJD

{01061015.DOC}2