**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff UZMA S. RANA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UZMA S. RANA, | Case No. C10-04116-EJD |
| Plaintiff, | **STIPULATION OF DISMISSAL;** **[PROPOSED] ORDER** |
| vs. | |
| PCCP DCP WEST HOTEL PARTNERS, LLC; HILTON WORLDWIDE, INC.; MARY QUINTANAR; MOUSTAFA BLAIH; MICHAEL RATHBURN, | |
| Defendants. | Before the Honorable Edward J. Davila; United States District Judge |

///
///
///
///
///
///
///
///

Notice of Settlement and Stipulation of Dismissal (FRCP 41(a))
C10-04116-EJD

{01061015.DOC}1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Pursuant to the Court's September 24, 2012 order, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff UZMA S. RANA hereby gives notice that the above-captioned action has settled.  Plaintiff and Defendants, by and through their attorneys whose signatures appear below, agree and stipulate that the above-captioned case shall be dismissed immediately, with prejudice, and with the parties to bear their own respective costs and attorney fees.


Dated:  September 26, 2012           /s/ Manolo Olaso
                                     MANOLO OLASO
                                     Law Offices of Johnny L. Griffin, III
                                     Attorneys for Plaintiff UZMA S. RANA


Dated:  September 26, 2012           /s/ David P.E. Burkett (as authorized  on 9-26-12)
                                     DAVID P.E. BURKETT
                                     PORTER | SCOTT, A Professional Corp.
                                     Attorneys for Defendants PCCP DCP WEST HOTEL
                                     PARTNERS, LLC; HILTON WORLDWIDE, INC.;
                                     MARY QUINTANAR; MOUSTAFA BLAIH;
                                     MICHAEL RATHBURN


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Clerk shall close this file.

Dated:  9/27/2012                    _____
                                     EDWARD J. DAVILA
                                     United States District Judge

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com